## (June 8, 1961)

In the Matter of the Probate of the Will of CLARA L. BONESTEEL, Deceased. UNION NATIONAL BANK OF TROY et al., Appellants; ANN E. STOWELL, Respondent.—

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.